UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| EDDIE BODDEN, FELIZ TERRERO, FRANCISCO ORTEGA, MARCELINO SUSANA, VICTOR LACAYO LOPEZ, and JULIO BRINGUEZ, <br><br>  Plaintiffs <br><br> vs. <br><br> SUNCOAST SHIPPING, LLC, <br><br>  Defendants <br><br> EDDIE BODDEN, FELIZ TERRERO, FRANCISCO ORTEGA, MARCELINO SUSANA, VICTOR LACAYO LOPEZ, and JULIO BRINGUEZ, as assignees of Suncoast Shipping, <br><br>  Plaintiffs/Third-Party Plaintiffs, <br><br> vs. <br><br> FRENKEL & CO, LLC, <br><br>  Third Party Defendant | Civil Action No. 1:17-CV-22337-MGC |

**STIPULATION AND ORDER OF DISMISSAL**

THIS CAUSE, having been amicably settled between the Plaintiffs EDDIE BODDEN, FELIZ TERRERO, FRANCISCO ORTEGA, MARCELINO SUSANA, VICTOR LACAYO LOPEZ, and JULIO BRINGUEZ, individually and as assignees of SUNCOAST SHIPPING, LLC, and Defendant FRENKEL BENEFITS LLC d/b/a

ME1 26119980v.1

FRENKEL & CO., the Parties hereby ask the Court to enter the Order of Dismissal attached hereto.

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Court on November 16, 2017, with copies by email to all counsel of record by:

| | |
|---|---|
| */s/ William G. Wolk* | */s/ Neil Bayer* |
| William G. Wolk, Esq. | Neil Bayer, Esq. |
| Fla. Bar No: 103527 | Fla. Bar No: 615684 |
| | |
| **EATON & WOLK, PL** | **KENNEDYS AMERICAS LLP** |
| 2 South Biscayne Blvd. | 1395 Brickell Avenue, Suite 610 |
| Suite 3100 | Miami, Florida 33131 |
| Miami, FL 33131 | Tel. (305) 371-1111 |
| Tel. (305) 249-1640 | Fax (305) 374-8066 |
| Fax (786) 350-3079 | neil.bayer@kennedyslaw.com, |
| wwolk@eatonwolk.com | cindy.delgado@kennedyslaw.com |
| cmartinez@eatonwolk.com | |
| | |
| Louis A. Vucci, Esq. | Gregory Horowitz, Esq. (admitted *pro hac*) |
| **THE VUCCI LAW GROUP, P.A.** | Steven Weisman, Esq. (admitted *pro hac*) |
| 8101 Biscayne Blvd. | **McCARTER & ENGLISH, LLP** |
| Suite 311 | Four Gateway Center |
| Miami, FL 33138 | 100 Mulberry Street |
| Tel. (305) 573-0125 | Newark, NJ 07102 |
| louis@thevuccilawgroup.com | Tel. (973) 622-4444 |
| | Fax (973) 624-7070 |
| | ghorowitz@mccarter.com |
| Counsel for Plaintiffs | sweisman@mccarter.com |
| | |
| | Counsel for Defendant Frenkel Benefits, LLC d/b/a Frenkel & Company |